No. 17,180.

BLACK GOLD, LTD. *v.* ROCK WOOL INSULATING COMPANY.

(269 P. [2d] 707)

Decided April 12, 1954.

PER CURIAM.

Judgment affirmed en banc without written opinion.

Mr. CARL M. PERRICONE, Mr. A. L. ROTENBERRY, for plaintiff in error.

Messrs. SEAVY & SEAVY, for defendant in error.